IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAR YANG, | 1:09-cv-1195 YNP DLB (HC) |
|       Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
|   vs. | (DOCUMENT #4) |
| IMMIGRATION and NATURALIZATION SERVICE, et al. | |
|       Respondents. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner has filed a motion to proceed in forma pauperis. Examination of this document reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated: **July 13, 2009**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE