UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAR YANG,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE, SAN FRANCISCO, CALIFORNIA, et al.<br><br>　　　　Respondent.<br>_____/ | 1:09-cv-01195-YNP  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #3) |

　　　　Petitioner is a state prisoner proceeding pro se with a petitioner for writ of habeas corpus pursuant to 28 U.S.C § 2254.

　　　　On July 10, 2009, Petitioner filed a motion requesting that he be appointed counsel. (Doc. #3).

　　　　There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel

at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

IT IS SO ORDERED.

Dated: July 14, 2009                    /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE